**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REBECCA BRAZZANO, | Index No.: 24-cv-01420 (ALC)(KHP) |
| Plaintiff, | **NOTICE OF MOTION TO COMPEL ARBITRATION AND FOR A STAY PENDING ARBITRATION** |
| v. | |
| THOMPSON HINE LLP, RICHARD ANTHONY DE PALMA (in his individual and professional capacities), DEBORAH ZIDER READ (in her individual and professional capacities), and THOMAS LAWRENCE FEHER (in his individual and professional capacities), | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum and Declaration of Carolyn J. Fairless, the undersigned counsel for Defendants Thompson Hine LLP, Richard De Palma, Deborah Read and Thomas Feher ("Defendants") will move this Court at a date and time convenient to the Court for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, granting Defendants' motion to compel arbitration and for a stay pending arbitration, and for such other and further relief as the Court deems just and proper.

Dated: July 12, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Carolyn J. Fairless*
　　　　　　　　　　　　　　　　　　　　Carolyn J. Fairless (Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Wheeler Trigg O'Donnell LLP
　　　　　　　　　　　　　　　　　　　　370 Seventeenth Street, Suite 4500
　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　Telephone: 303-244-1852
　　　　　　　　　　　　　　　　　　　　Email: fairless@wtotrial.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 12, 2024, I caused the foregoing *Notice of Motion to Compel Arbitration and for a Stay Pending Arbitration* to be filed electronically with the Clerk of Court, which is deemed served upon all counsel of record via the Court's CM/ECF system.

                                       *s/ Carolyn J. Fairless*