UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA BRAZZANO,<br><br>                              Plaintiff,<br>-against-<br><br>THOMPSON HINE LLP, RICHARD ANTHONY DEPALMA (in his individual and professional capacities), DEBORAH ZIDER READ (in her individual and professional capacities), and THOMAS LAWRENCE FEHER,<br><br>                              Defendants. | 24-cv-01420 (ALC)(KHP)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Upon review of the Parties' submissions, the Court requests that the Parties submit supplemental letter briefs, of no more than five pages, in light of Judge Liman's recent opinion in *Diaz-Roa v. Hermes L., P.C.*, No. 24-CV-2105, 2024 WL 4866450 (S.D.N.Y. Nov. 21, 2024). In particular, the Court requests that the Parties discuss the applicability to the instant case of Judge Liman's holding regarding the plausibility standard in motions to compel arbitration in which the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act ("EFAA") is invoked.

The Court requests that the Parties limit their submissions to this issue, mindful that the Court has thoroughly reviewed the briefs that have already been filed. The Parties shall file their letter briefs on February 25, 2025.

**SO ORDERED.**

**Dated: February 18, 2025**
     New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**

1